No. 74–878.  NATIONAL LEAGUE OF CITIES ET AL. *v.* DUNLOP, SECRETARY OF LABOR; and

No. 74–879.  CALIFORNIA *v.* DUNLOP, SECRETARY OF LABOR.  Appeals from D. C. D. C.  [Probable jurisdiction noted, 420 U. S. 906.]  Cases restored to calendar for reargument.

No. 74–1254.  OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* MOBIL OIL CORP., MARINE TRANSPORTATION DEPARTMENT, GULF-EAST COAST OPERATIONS.  C. A. 5th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 74–1203.  PHELPS *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS ET AL.  Motion for leave to file petition for writ of mandamus denied.

No. 74–6329.  MAGEE *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL.  Motion for leave to file petition for writ of prohibition and/or mandamus denied.  MR. JUSTICE DOUGLAS would grant the motion.

No. 74–1267.  EXAMINING BOARD OF ENGINEERS, ARCHITECTS AND SURVEYORS ET AL. *v.* FLORES DE OTERO; EXAMINING BOARD OF ENGINEERS, ARCHITECTS AND SURVEYORS ET AL. *v.* PEREZ NOGUEIRO.  Appeals from D. C. P. R.  Probable jurisdiction noted.  The Solicitor General is invited to file a brief in these cases expressing the views of the United States.  Application for stay of execution and enforcement of judgments, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted pending issuance of judgment of this Court.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.